UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-14022-MIDDLEBROOKS/MAYNARD

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

CRISTOBAL VELAZQUEZ-HERNANDEZ,
a/k/a "Yobani Velasquez,"

Defendant.
_____/

**INDICTMENT**

The Grand Jury charges that:

On or about February 26, 2026, in Indian River County, in the Southern District of Florida, the defendant,

**CRISTOBAL VELAZQUEZ-HERNANDEZ,**
**a/k/a "Yobani Velasquez,"**

an alien, having previously been removed from the United States on or about November 30, 2018, and September 21, 2023, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL

FOREPERSON

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

FILED BY _____ KMB _____ D.C.

MAR 19 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    **CASE NO.:**  26-CR-14022-MIDDLEBROOKS/MAYNARD

v.

CRISTOBAL VELAZQUEZ-HERNANDEZ,              **CERTIFICATE OF TRIAL ATTORNEY**
a/k/a "Yobani Velasquez,"
_____ /           **Superseding Case Information:**
                    Defendant.               New Defendant(s) (Yes or No) _____
**Court Division** (select one)              Number of New Defendants _____
☐ Miami      ☐ Key West    ☑ FTP            Total number of new counts _____
☐ FTL        ☐ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) Yes
    List language and/or dialect: Spanish

4.  This case will take ___2___ days for the parties to try.
5.  Please check appropriate category and type of offense listed below:

    (Check only one)                         (Check only one)
    I   ☑  0 to  5 days                       ☐ Petty
    II  ☐  6 to 10 days                       ☐ Minor
    III ☐  11 to 20 days                      ☐ Misdemeanor
    IV  ☐  21 to 60 days                      ☑ Felony
    V   ☐  61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____
7.  Has a complaint been filed in this matter? (Yes or No) No
    If yes, Judge _____ Magistrate Case No. _____
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____
9.  Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of 2/26/2026 _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
CHRISTOPHER H. HUDOCK
Assistant United States Attorney
FL Bar No.        92454

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CRISTOBAL  VELAZQUEZ-HERNANDEZ,  a/k/a  "Yobani  Velasquez,"

**Case No**:   26-CR-14022-MIDDLEBROOKS/MAYNARD

Count #: 1

Previously Removed Alien Found in the United States, 8 U.S.C. § 1326(a) and (b)(1)

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:**  $250,000 fine / $100 Special Assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**